■ NORMAN E. WATES, Respondent, v. MARGUERITE M. CRANDALL et al., Appellants.— In an action by the vendee under an executory contract for the sale of real property to recover his deposit and cost of title examination and to impress a lien therefor, the vendors appeal from a judgment directing them to pay to the vendee the amount demanded and decreeing foreclosure and sale of the property if said payment be not made within a specified time. Judgment unanimously affirmed, with costs. The title tendered by the vendors at the closing was unmarketable. (*Hall-Mark Realty Corp.* v. *McGunnigle*, 253 N. Y. 395; *Norwegian Evangelical Free Church* v. *Milhauser*, 252 N. Y. 186.) Present — Wenzel, Acting P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ.

# THIRD DEPARTMENT, JUNE, 1956

## (June 14, 1956)

■ In the Matter of the Claim of MATILDE ALEJANDRO, Respondent, against ULSTER VEGETABLE GROWERS CO-OPERATIVE, INC., et al., Appellants, and MICHAEL J. MAHONEY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ EMANUEL BACCOLAS, Respondent, v. JANET BEGA, Also Known as JANET B. GORDON, Appellant.— Motion to dismiss appeal and to vacate stay adjourned until July 9, 1956 so that the defendant-appellant may engage other counsel if she is so advised. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY BARDALL, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Application for reargument denied. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of ANA L. M. COLON, Respondent, against ULSTER VEGETABLE GROWERS CO-OPERATIVE, INC., et al., Appellants, and MICHAEL J. MAHONEY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Claim of STANLEY JASAK, Appellant, against FREEMAN'S BEVERAGES, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ EMMA OSHIER, Appellant, v. BEATRICE GIRARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.

■ In the Matter of the Application of VIRGINIA M. SLEIGHT, as Clerk of the Children's Court of the County of Warren to Destroy Certain Records.— Application to destroy certain records of the Children's Court of Warren County granted. The order should specify with precision what records are to be destroyed. Present — Bergan, J. P., Coon, Halpern, Zeller and Gibson, JJ.